JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS JOSEPH LEISMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANK BISIGNANO,<br>COMMISIONER OF SOCIAL<br>SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:25-cv-00633-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from August 22, 2025 to October 21, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

MOTION FOR SUMMARY JUDGEMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of August 18, 2025 and August 25, 2025, Plaintiff's Counsel has eleven merit briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                         Respectfully submitted,

Dated: July 30, 2025        PENA & BROMBERG, ATTORNEYS AT LAW

                        By: */s/ Jonathan Omar Pena*
                           JONATHAN OMAR PENA
                           Attorneys for Plaintiff

Dated: July 30, 2025        MICHELE BECKWITH
                           Acting United States Attorney
                           MATHEW W. PILE
                           Associate General Counsel
                           Office of Program Litigation
                           Social Security Administration

                        By: \**/s/ Christopher Vieira*
                           Christopher Vieira
                           Special Assistant United States Attorney
                           Attorneys for Defendant
                           (*As authorized by email on July 30, 2025)

# ORDER

Pursuant to the parties' stipulation and good cause appearing, Plaintiff shall have a 60-day extension of time, from August 22, 2025 to October 21, 2025, for Plaintiff to serve Defendant with Plaintiff's motion for summary judgement.  All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **August 1, 2025**                              /s/ *Barbara A. McAuliffe*
                                                                                          UNITED STATES MAGISTRATE JUDGE